UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-mc-00087 JAM-KJM |
| Plaintiff, ) | CONSENT JUDGMENT PURSUANT TO |
| v. ) | AGREEMENT BETWEEN THE PARTIES |
| DEBRA L. MONTGOMERY, ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the Settlement Agreement entered into between the United States of America and Debra L. Montgomery ("Debtor"), a true and correct copy of which is attached hereto as Exhibit "A" (the "Agreement"), the Court finds:

In order to resolve litigation concerning U.S. Attorney's Office ("USAO") Case Number 2010V00504 in the Eastern District of California, the parties herein agreed as follows:

1. **Indebtedness and Consent Judgment.** As of August 5, 2010, the total amount of the debt owed by the Debtor for EDUC Claim Number 244946731 is $93,110.95 (hereinafter "debt"), which includes the principal, accrued interest and any late payment charges. The Debtor agreed to have Judgment entered against her for the total amount of her indebtedness. Accordingly, as part of the Agreement, the parties agreed that interest shall accrue at the post-judgment interest rate applicable to judgments entered in federal court as provided by 28 U.S.C. § 1961. Agreement at ¶ 4.

2. **Payment Schedule.** The Debtor agreed to make payments of at least $250.00 (Two Hundred and Fifty Dollars and No/Cents) per month, due on the 15th day of each month, beginning

on September 15, 2010, and continuing until the compromised balance is paid in full or until the Debtor is notified by the U.S. Department of Justice ("DOJ") of a modified payment schedule. The Debtor agreed to submit in a timely manner each year any financial documentation required by DOJ, which may be used to modify the payment schedule of the Debtor. Agreement at ¶ 5.

All payments shall be made payable to: "U.S. Department of Justice" and mailed to: United States Attorney's Office, attention: Financial Litigation Unit, 501 I Street, Suite 10-100, Sacramento, California 95814, unless and until directed otherwise in writing by the USAO. *Id*.

3. **Default on Agreement.** Should Debtor default on the Agreement, the United States may take any steps authorized by law to enforce its judgment. Agreement at ¶ 6.

4. **Bankruptcy.** The Debtor agreed that if a voluntary or involuntary bankruptcy is commenced by or against the debtor, that the Debtor's failure to comply with the Agreement, including but not limited to the payment terms in paragraph 5 thereof, will not be excused by the commencement of the bankruptcy by or against the Debtor, and will be considered a default on the Agreement for purposes of paragraph 6 thereof, notwithstanding the commencement of the bankruptcy. Agreement at ¶ 7.

5. **Severability Clause.** In the event any parts of the Agreement are found to be void, the remaining provisions of the Agreement shall nevertheless be binding with the same effect as though the void parts were deleted. Agreement at ¶ 8.

6. **Effect of the Agreement.** The Agreement contains a complete description of the bargain between the parties. All material representations, understandings and promises of the parties concerning the repayment of the debt are contained in the Agreement. Any modifications must be set forth in writing and signed by all parties. The Debtor represented that the Agreement was entered into with knowledge of the events described therein. The Debtor further represented that the Agreement was voluntarily entered into to resolve the litigation in USAO Case Number 2010V00504. Agreement at ¶ 9.

7. **Execution of the Agreement.** The United States Attorney represents that he received the concurrence of EDUC to the monetary terms of the Agreement, and will promptly forward an executed copy of the Agreement to EDUC's Program Support Center. Agreement at ¶ 10.

Based upon the above findings, Debtor's consent to entry of judgment against her, and good cause appearing therefor, it is accordingly, ORDERED, ADJUDGED and DECREED that:

1. The parties' Agreement resolving this matter is hereby APPROVED;

2. Judgment is ENTERED in favor of plaintiff United States of America and against defendant Debra L. Montgomery, in the amount of $93,110.95; and

3. Until the judgment is paid in full, interest shall ACCRUE at the post-judgment rate codified in 28 U.S.C. § 1961.

Dated: September 3, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

# Exhibit A

# SETTLEMENT AGREEMENT

## A. RECITALS

1. **Parties.** The parties to this Settlement Agreement (hereinafter referred to as "the Agreement") are the United States of America and Debra L. Montgomery (hereinafter referred to as "Debtor").

2. **Default on HEAL**. By letter dated January 23, 2008, the Debtor was notified by the United States Department of Education ("EDUC") of the default on a William D. Ford Federal Direct Consolidation Loan resulting from the Debtor's failure to repay the loan in accordance with the agreed upon terms. The EDUC notice demanded repayment. The Debtor failed to respond to this notice. Therefore, pursuant to 20 U.S.C. §§ 1087a, et. seq. (34 CFR Part 685.211) the matter was referred to the United States Attorney for collection.

## B. TERMS OF THE AGREEMENT

3. **Intention of the Parties to Effect Settlement.** In order to resolve this matter, U.S. Attorney's Office ("USAO") Case Number 2010V00504, in the Eastern District of California, the parties agree as follows:

4. **Indebtedness and Consent Judgment.** As of August 5, 2010, the total amount of the debt owed by the Debtor for EDUC Claim Number 244946731 is $93,110.95. (Ninety-Three Thousand - One Hundred Ten Dollars and Ninety-Five Cents) (hereinafter "debt"), which includes the principal, accrued interest and late payment charges, if any. The Debtor agrees to have Judgment entered against her for the total amount of the indebtedness. Accordingly, as part of the Agreement, the parties agree that interest shall accrue at the post-judgment interest rate applicable to judgments entered in federal court as provided by 28 U.S.C. § 1961.

5. **Payment Schedule.** The Debtor agrees to make payments of at least $250.00 (Two-Hundred Fifty-Dollars and No/Cents) per month, due on the 15th day of each month, beginning on September 15, 2010, and continuing until the balance is paid in full or until the Debtor is notified by the U.S. Department of Justice ("DOJ") of a modified payment schedule. The Debtor agrees to submit in a timely manner each year any financial documentation required by DOJ, which may be used to modify the payment schedule of the Debtor.

All payments shall be made payable to: "U.S. Department of Justice" and mailed to: United States Attorney's Office, attention: Financial Litigation Unit, 501 I Street, Suite 10-100, Sacramento, California 95814, unless and until directed otherwise in writing by the USAO.

6. **Default on Agreement.** Should a default on the Agreement occur, the United States may take any steps authorized by law to enforce its Judgment, as provided for in paragraph 4.

7. **Bankruptcy.** The Debtor agrees that if a voluntary or involuntary bankruptcy is commenced by or against the Debtor, the Debtor's failure to comply with this Agreement, including but not limited to the payment terms in paragraph 5, is not excused by the commencement of the bankruptcy by or against the Debtor, and will be considered a default on the Agreement for purposes of paragraph 6, notwithstanding the commencement of the bankruptcy.

8. **Severability Clause.** In the event any parts of this Agreement are found to be void, the remaining provisions of this Agreement shall nevertheless be binding with the same effect as though the void parts were deleted.

9. **Effect of the Agreement.** This Agreement contains a complete description of the bargain between the parties. All material representations, understandings and promises of the parties concerning the repayment of the debt are contained in this Agreement. Any modifications must be set forth in writing and signed by all parties. The Debtor represents that this Agreement is entered into with knowledge of the events described herein. The Debtor further represents that this Agreement is voluntarily entered into to resolve the litigation in USAO Case Number 2010V00504.

10. **Execution of the Agreement.** The United States Attorney represents that he has received the concurrence of EDUC to the monetary terms of this Agreement, and will promptly forward an executed copy of this agreement to EDUC.

DATE: August 9, 2010         /s/ *Debra L. Montgomery*
                             DEBRA L. MONTGOMERY
                             Debtor

                             Address:   46681 Chuck Wagon Rd.
                                        Squaw Valley, CA 93675

DATE: August 24, 2010        BENJAMIN B. WAGNER
                             United States Attorney

                        By:  /s/ *E. Robert Wright*
                             ROBERT E. WRIGHT
                             Assistant United States Attorney
                             Attorneys for the United States of America